UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Ryan Komppa

        Plaintiff(s)

VS.

Case No: 1:25-cv-2009-MSN-WBP

NexTech Infrastructure Partners LLC, et al.

        Defendant(s)

## AFFIDAVIT OF SERVICE

I, Robert DeLacy, Jr., a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Notice, and Complaint with Jury Demand with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/13/2025 at 01:10 PM, I served NexTech Infrastructure Partners LLC c/o Harvard Business Services, Inc., Registered Agent at 16192 Coastal Highway, Lewes, Delaware 19958 with the Summons, Civil Cover Sheet, Notice, and Complaint with Jury Demand with Exhibits by serving Allison Rathmanner, Service of Process Specialist, authorized to accept service on behalf of Harvard Business Services, Inc.

Allison Rathmanner is described herein as:

| Gender: | Female | Ethnicity: | African American | Age: | 45-50 | Weight: | 150 | Height: | 5'3" | Hair: | Black |
|---|---|---|---|---|---|---|---|---|---|---|---|

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/13/2025

_____
Robert DeLacy, Jr.

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:14577096

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Ryan Komppa

          Plaintiff(s)

VS.

Case No: 1:25-cv-2009-MSN-WBP

NexTech Infrastructure Partners LLC, et al.

          Defendant(s)

### AFFIDAVIT OF SERVICE

I, Adam Golden, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Notice, and Complaint with Jury Demand with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/13/2025 at 10:25 AM, I served Kestrel Ventures LLC c/o Corporation Service Company, Registered Agent with the Summons, Civil Cover Sheet, Notice, and Complaint with Jury Demand with Exhibits at 251 Little Falls Drive, Wilmington, Delaware 19808. Service was accepted by a Legal Representative of Corporation Service Company.

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 11/13/2025

_____

Adam Golden

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:14577245

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Ryan Komppa
      Plaintiff(s)

VS.

Case No: 1:25-cv-2009-MSN-WBP

NexTech Infrastructure Partners LLC, et al.
      Defendant(s)

## DECLARATION OF SERVICE

I, Adam Golden, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Notice, and Complaint with Jury Demand with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/13/2025 at 10:02 AM, I served Kestrel Venture Partners, L.P. c/o The Corporation Trust Company, Registered Agent at 1209 Orange Street, Wilmington, Delaware 19801 with the Summons, Civil Cover Sheet, Notice, and Complaint with Jury Demand with Exhibits by serving Robin Hutt-Banks, Agent, authorized to accept service on behalf of The Corporation Trust Company.

Robin Hutt-Banks is described herein as:

Gender: Female     Ethnicity: Black     Age: 60     Weight: 200     Height: 5'6"     Hair: Brown

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/13/2025

_____
Adam Golden

Capitol Process Services, Inc.
7500 Greenway Center Drive, Suite 420
Greenbelt, Maryland 20770
(202) 667-0050

Client Ref Number:
Job #:14577220

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Ryan Komppa

      *Plaintiff*

           vs.    Case No: 1:25-cv-2009-MSN-WBP

NexTech Infrastructure Partners LLC, et al.

      *Defendant(s)*

### DECLARATION OF SERVICE

I, Jason Parker, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Notice, and Complaint with Jury Demand with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/14/2025 at 7:24 PM, I served Chris Flynn at 3509 Dunlop Street, Chevy Chase, Maryland 20815 with the Summons, Civil Cover Sheet, Notice, and Complaint with Jury Demand with Exhibits by serving Lisa Flynn, wife of Chris Flynn, a person of suitable age and discretion, who stated that he/she resides therein with Chris Flynn.

Lisa Flynn is described herein as:

Gender: Female  Ethnicity: Caucasian  Age: 50  Weight: 170  Height: 5'6"  Hair: Brown

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/17/2025

*Jason Parker*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:14577190*