# EXHIBIT B

## MSD Term Sheet

# Stephen D. Charnoff

| | |
|---|---|
| **From:** | Howard Horowitz <hhwitz1@gmail.com> |
| **Sent:** | Tuesday, November 25, 2025 6:39 PM |
| **To:** | Stephen D. Charnoff |
| **Subject:** | Fwd: Revised Term Sheet |
| **Attachments:** | NexTech LOI - 7.22.21 clean.docx; NexTech LOI Redline vs. NT draft 7.22.21.pdf |

Begin forwarded message:

**From:** Nick Newburger <nnewburger@MSDPartners.com>
**Subject: Revised Term Sheet**
**Date:** July 22, 2021 at 1:30:30 PM EDT
**To:** Kestrel Advisors <howard@kestreladvisors.com>, Ryan Komppa <ryan@apexglobalcap.com>
**Cc:** Coburn Packard <cpackard@MSDPartners.com>, Sahil Shah <sshah@msdpartners.com>

Guys – Sorry for the delay here – please see attached for our revised term sheet and a redline vs. your most recent draft. Let's plan to use part of our call tomorrow morning to discuss. There are definitely some items we should talk through live to provide context. We look forward to hopefully kicking off this partnership and are excited about the potential to create something really large and unique.



**NICK NEWBURGER**
Principal

MSD Partners, L.P.
645 Fifth Ave, 21st Floor
New York, NY 10022-5910

T   212.303.7823
C   516-650-8472
E   nnewburger@MSDPartners.com
W   www.msdpartners.com

   Please consider the environment before printing this e-mail.  If you need to print it, please consider printing

1

NOTE: The contents of this e-mail including any attachments may contain confidential or privileged information and are to be read solely by the intended recipient(s any dissemination, distribution, copying or retention of this e-mail without express permission is strictly prohibited.   If you believe that you received this e-mail in er otherwise preserve or disseminate it.  The sender is unaware of any virus or similar defect that might affect a computer system on which this message or any attach damages that may result from its access.  Please satisfy yourself as to the safety of any attachments before opening.

**NexTech Infrastructure Partners**
Venture Term Sheet – July ~~9~~21, 2021

| | |
|---|---|
| **Equity Commitment:** | Up to $600,000,000 of equity to be contributed by MSD Real Estate Partners ( " JV Partner") and NexTech Investment Company on a pro-rata basis, divided into three, $200,000,000 tranches for the purposes of calculating co-investment participation as well as the payment of fees and promotes. |
| **Target Investment:** | A Target Investment means data center properties within North America. |
| **Co-Investment:** | NexTech GP Promote Company, through its wholly owned co-invest vehicle, NexTech Investment Company, will co-invest 1.0% of equity pro rata along with JV Partner up to a total cap of $6,000,000 (the "Co-Invest"). |
| | NexTech will ~~also~~ have the option to waive fees in consideration of any co-investment obligations (acquisition fees) or to fund other cash requirements such as the repayment of the JV Partner's loan~~, if it is not converted into equity.~~ (all fees). |
| **Asset Management Fee:** | NexTech Operating Platform will be entitled to an asset management fee of ~~1.~~0.75% of net equity outstanding invested on behalf of the Partnership. |
| **Acquisition Fee:** | NexTech Operating Platform will be entitled to an acquisition fee of ~~1~~ 0.5% of purchase price (capped at $500,000 per investment) for each investment made by the partnership. |
| **Developer Fee:** | NexTech Operating Platform will be entitled to a development fee of 4% of all development hard costs (excluding land and all costs incurred in connection with the acquisition of the Target Investment) in the approved final budget for a Target Investment (the "Development Fee"), to be paid ratably over the course of construction. |
| **Leasing Fee:** | NexTech Operating Platform will be entitled to a leasing fee of 6% and 4% of rental revenues for leases signed with third party brokers and leases sourced internally, respectively. |
| **Partners** | NexTech GP Promote Company (as the promote entity) and NexTech Investment Company (as the investment entity) and the JV Partner. |
| **Property Mgmt. Fee:** | NexTech Operating Platform will be entitled to a property management fee of 3% of EGI (inclusive of and not in addition to third party property management expenses) pursuant to a separate property management agreement. |

**Commented [RK1]:** Matches term from alternative term sheet

**Commented [RK2]:** Technicalities re: investment vs. promote company to be finalized during final legal documenation

| | |
|---|---|
| **Pursuit Costs:** | Pursuit and dead deal costs will be borne by the Partners on a pro-rata basis and will count toward overall investment within each relevant tranche of the Partnership. |
| **Control:** | The JV Investor will retain the right to make all major investment level decisions ("**Major Decisions**"), including, without limitation, capital events (including whether to proceed with an acquisition or a sale or financing), annual budgets, business plans, capital calls, distributions, material agreements and engagements, and insurance.  NexTech Operating Platform will manage and operate the Target Investments and the Partners shall agree on the specific definition of Major Decisions with respect to the operations of the investment assets.  Approvals of Major Decisions shall be granted within 10 business days. |
| | NexTech Operating Platform will be subject to customary removal provisions (e.g., removal for cause by reason of acts or omissions of NexTech or its affiliates constituting willful or wanton misconduct, fraud, intentional misrepresentation, criminal conduct, gross negligence, bad faith, a knowing violation of law, or an uncured material breach). A Bad Act (to be defined) shall result in loss of promote. Distributions in accordance with pro rata equity interests will remain unchanged. |
| **Exclusivity, Right of First Refusal:** | The JV Investor shall have a right of first refusal ("ROFR Opportunity") for all Target Investment opportunities pursued by NexTech Operating Platform or its principals or control affiliates. If the JV Investor rejects a Target Investment opportunity in writing, NexTech Operating Platform may proceed with the acquisition and/or development with respect to such Target Investment without JV Investor as LP equity. The ROFR Opportunity will expire four (4) years after the execution of the JV agreement ("the ROFR Period"), upon the investment of 80% of the Partnership's committed capital,") or if the Venture has not invested $50 million of equity by the second anniversary of execution of the JV agreement. For every $200 million of equity invested by the JV Partner, this four year exclusivity provision shall be extended by a period of one (1) year, up to a maximum of six (6) years. |
| | In addition to the foregoing, the ROFR option will also expire if the JV Investor rejects three consecutive deals or four deals within a 18 month period presented by NexTech Operating Platform that fit the investment criteria of the value-add and opportunistic fund. |
| | " During the ROFR Period, NexTech will be the exclusive vehicle for the JV Partner for any and all data centerTarget Investment. This shall be limited to asset-level investments fitting the parameters of either MSD's value add / opportunistic or MSD's core / core + vehicle(s) in the sector"and not include companies, debt, public securities, or investments brought to MSD by other groups which are proprietary. |

**Commented [RK3]:** Need something where we aren't "stuck" or held hostage if we find attractive deals and MSD can't / won't pull the trigger. During the course of the first "fund" / $600m only.

2

| | |
|---|---|
| **Contributions:** | The Partners will fund approved capital calls in accordance with their pro-rata interest in each tranche, as outlined in the Co-Investment section above. |
| ~~Distributions:~~ | ~~Each distribution shall be made as follows:~~ [DISCUSS] |

NexTech may elect to borrow up to $9,000,000 from the JV Partners at the signature of the Partnership Agreements, to fund overhead costs (salaries and ordinary course operating expenses) based on an agreed upon budget as well as co-investment capital of NexTech Operating Platform in a non-recourse loan with an interest rate of the Priority Return to be paid back ahead of any distributions to owners of NexTech Investment Company, NexTech Operating Platform, and NexTech GP Promote Company. The loan may be drawn in installments of no more than $3 million per year.

> **Commented [RK4]:** Now dealt with in "Ownership and Economic Participation" section

**Distributions:** Each distribution shall be made as follows:

First, to the JV Partner and NextTech Investment Company in accordance with Percentage Interests until each has achieved from the distributions under this First Level an 9% IRR; then

Second, 15% to NexTech GP Promote Company as a promote and the balance to the JV Partner and NexTech Investment Company in accordance with Percentage Interests until each has achieved from the distributions under the First Level above and this Second Level a 14% IRR; then

Third, 25% to NexTech GP Promote Company as a promote and the balance to the JV Partner and NexTech Investment Company in accordance with Percentage Interests until each has achieved from the distributions under the First Level above and this Second Level a 18% IRR; then

Fourth, 35% to NexTech GP Promote Company as a promote and the balance to the JV Partner and NexTech Investment Company in accordance with their Percentage Interests.

Cross-Promote: All investments (i.e., all Target Investments) undertaken by the Venture within each investment tranche will be included in such calculation (i.e. a crossed promote). Promotes will be crossed within each tranche, but not across separate investment tranches.

**Core Vehicle:** JV Partner shall assist in raising a core vehicle with NexTech Operating Platform and will seed the vehicle with up to $100M of equity.

~~The JV Partner and the NexTech Operating Platform vehicle will each~~

> **Commented [RK5]:** Nick Let's please discuss vision / plan for this in further detail.

3

|  | ~~participate in 50% of all operating profit and promote payments from this vehicle.~~ <ins>The</ins> <ins>on</ins> terms ~~of the core vehicle will~~ be ~~at market terms, to be detailed in a separate agreement between the parties to be executed simultaneously with the joint venture agreements.~~<ins>discussed.</ins> | **Commented [RK6]:** This revenue should be a substantial amount (majority) of overall fees and promotes. |

~~**Fundraising from Third Parties:**~~ ~~To the extent that NexTech sources third party capital for this and subsequent investment vehicles, the NexTech Operating Platform vehicle will earn a fee of 1% of dollars raised.~~

**Commented [RK7]:** As discussed

**Operating Platform:**   NexTech Operating Platform shall manage the investments of the Venture and serve as the Investment Manager for future strategies.

<ins>Equity Grants: MSD shall be granted a 15% equity interest in NexTech Operating Platform and NexTech Promote Company when the first installment of the working capital loan is funded. For every $150 million of equity invested by the JV Partner, JV Partner shall be granted an additional 7.5% equity interest in NexTech Operating Platform and NexTech GP Promote Company, subject to a 30% cap. Equity ownership shall entitle JV Partner to its pro rata share of residual value, promote, and 25% of its pro rata share of fees.</ins>

JV Partner Liquidity Rights: To be discussed. The JV Partner will agree to drag along provisions in the event of ~~a~~<ins>an operating platform</ins> liquidity event (subject to a ROFO and other terms as outlined elsewhere~~) as well as equitable dilution in the case that an additional partner (i.e. executive team member) is admitted to the company.~~ <ins>).</ins>

JV Partner Governance: To be discussed. Management controls day-to-day. JV Partner to receive board seats in conjunction with equity earned.

~~**Ownership & Economic Participation**~~   ~~MSD agrees to invest $3 million annually for 4 years into NexTech's operating platform, for a total of $12 million. Upon the payment of each annual investment into the platform, MSD will vest into 5% ownership of the operating company, for a total of 20% ownership in year 4. At the end of year 4, MSD will participate in 20% of all promote payments earned by NexTech as well as the residual value of the firm, should a platform sale occur. Additionally, in return for seeding and raising capital for the open-end core/core+ vehicle, MSD will participate in 50% of the fees and promote from that vehicle as well. All other fees shall be exclusive to the NexTech Partners.~~

~~After the core vehicle has raised and deployed capital sufficient to reach an NAV of $1.5 Billion, MSD will have the option to purchase an additional 20% of NexTech's economic interests in the value-add / opportunistic fund series – bringing total economic participation to 40% of promote and residual value on value-add and opportunistic investments / investment management vehicle and 50% of ALL fees, promotes, and residual value of the core / core+ vehicle. The purchase~~

4

<div style="text-decoration: line-through">price for this additional economic interest will be at a 20% discount to the platform value at that time, as determined by a mutually agreed upon valuation process.</div>

| | |
|---|---|
| **Permitted Transfers/ Control Requirement:** | Transfers of partial interests in the Venture are prohibited, except for certain affiliate transfers. The NexTech Partners will be subject to certain ownership/control requirements. In addition, [each partner has the right to pledge its interest to a lender or creditor in the ordinary course of its operations.]. |
| **ERISA/UBTI:** | The Venture will be structured, documented and operated to meet ERISA and UBTI requirements. |
| **Acquisition:** | The first contributions are to be made upon closing of the acquisition of the first Target Investment by the Venture, subject to customary closing conditions, including acceptable title. |
| **Leverage:** | Leverage for the Partnership will be limited to 70% LTV across the portfolio, and leverage will not exceed 75% LTV on any individual sale leaseback investments and 70% LTV on any individual value-add investment. Leverage will be incurred on a non-recourse basis. |
| **Other Terms:** | In accordance with customary JV agreements and otherwise satisfactory to all Partners. |

Comments:
- Commented [RK8]: Does this affect platform liquidity?
- Formatted: Font: Bold
- Commented [N9]: Discuss intent

**NexTech Infrastructure Partners**
<u>Venture Term Sheet – July 21, 2021</u>

| | |
|---|---|
| **Equity Commitment:** | Up to $600,000,000 of equity to be contributed by MSD Real Estate Partners ("JV Partner") and NexTech Investment Company on a pro-rata basis, divided into three, $200,000,000 tranches for the purposes of calculating co-investment participation as well as the payment of fees and promotes. |
| **Target Investment:** | A Target Investment means data center properties within North America. |
| **Co-Investment:** | NexTech GP Promote Company, through its wholly owned co-invest vehicle, NexTech Investment Company, will co-invest 1.0% of equity pro rata along with JV Partner up to a total cap of $6,000,000 (the "Co-Invest"). |
| | NexTech will have the option to waive fees in consideration of any co-investment obligations (acquisition fees) or to fund other cash requirements such as the repayment of the JV Partner's loan (all fees). |
| **Asset Management Fee:** | NexTech Operating Platform will be entitled to an asset management fee of 0.75% of net equity outstanding invested on behalf of the Partnership. |
| **Acquisition Fee:** | NexTech Operating Platform will be entitled to an acquisition fee of 0.5% of purchase price (capped at $500,000 per investment) for each investment made by the partnership. |
| **Developer Fee:** | NexTech Operating Platform will be entitled to a development fee of 4% of all development hard costs (excluding land and all costs incurred in connection with the acquisition of the Target Investment) in the approved final budget for a Target Investment (the "Development Fee"), to be paid ratably over the course of construction. |
| **Leasing Fee:** | NexTech Operating Platform will be entitled to a leasing fee of 6% and 4% of rental revenues for leases signed with third party brokers and leases sourced internally, respectively. |
| **Partners** | NexTech GP Promote Company (as the promote entity) and NexTech Investment Company (as the investment entity) and the JV Partner. |
| **Property Mgmt. Fee:** | NexTech Operating Platform will be entitled to a property management fee of 3% of EGI (inclusive of and not in addition to third party property management expenses) pursuant to a separate property management agreement. |

**Commented [RK1]:** Matches term from alternative term sheet

**Commented [RK2]:** Technicalities re: investment vs. promote company to be finalized during final legal documenation

| | |
|---|---|
| **Pursuit Costs:** | Pursuit and dead deal costs will be borne by the Partners on a pro-rata basis and will count toward overall investment within each relevant tranche of the Partnership. |
| **Control:** | The JV Investor will retain the right to make all major investment level decisions ("**Major Decisions**"), including, without limitation, capital events (including whether to proceed with an acquisition or a sale or financing), annual budgets, business plans, capital calls, distributions, material agreements and engagements, and insurance. NexTech Operating Platform will manage and operate the Target Investments and the Partners shall agree on the specific definition of Major Decisions with respect to the operations of the investment assets. Approvals of Major Decisions shall be granted within 10 business days. |
| | NexTech Operating Platform will be subject to customary removal provisions (e.g., removal for cause by reason of acts or omissions of NexTech or its affiliates constituting willful or wanton misconduct, fraud, intentional misrepresentation, criminal conduct, gross negligence, bad faith, a knowing violation of law, or an uncured material breach. A Bad Act (to be defined) shall result in loss of promote. Distributions in accordance with pro rata equity interests will remain unchanged. |
| **Exclusivity, Right of First Refusal:** | The JV Investor shall have a right of first refusal ("ROFR Opportunity") for all Target Investment opportunities pursued by NexTech Operating Platform or its principals or control affiliates. If the JV Investor rejects a Target Investment opportunity in writing, NexTech Operating Platform may proceed with the acquisition and/or development with respect to such Target Investment without JV Investor as LP equity. The ROFR Opportunity will expire four (4) years after the execution of the JV agreement ("the ROFR Period") or if the Venture has not invested $50 million of equity by the second anniversary of execution of the JV agreement. For every $200 million of equity invested by the JV Partner, this four year exclusivity provision shall be extended by a period of one (1) year, up to a maximum of six (6) years. |
| | During the ROFR Period, NexTech will be the exclusive vehicle for the JV Partner for any Target Investment. This shall be limited to asset-level investments and not include companies, debt, public securities, or investments brought to MSD by other groups which are proprietary. |
| **Contributions:** | The Partners will fund approved capital calls in accordance with their pro-rata interest in each tranche, as outlined in the Co-Investment section above. |
| | NexTech may elect to borrow up to $9,000,000 from the JV Partners at the signature of the Partnership Agreements, to fund overhead costs (salaries and ordinary course operating expenses) based on an agreed upon budget as well as co-investment capital of NexTech Operating Platform in a non-recourse loan with an interest rate of the Priority Return |

> **Commented [RK3]:** Now dealt with in "Ownership and Economic Participation" section

|  |  |
|---|---|
|  | to be paid back ahead of any distributions to owners of NexTech Investment Company, NexTech Operating Platform, and NexTech GP Promote Company. The loan may be drawn in installments of no more than $3 million per year. |
| **Distributions:** | Each distribution shall be made as follows: |
|  | First, to the JV Partner and NextTech Investment Company in accordance with Percentage Interests until each has achieved from the distributions under this First Level an 9% IRR; then |
|  | Second, 15% to NexTech GP Promote Company as a promote and the balance to the JV Partner and NexTech Investment Company in accordance with Percentage Interests until each has achieved from the distributions under the First Level above and this Second Level a 14% IRR; then |
|  | Third, 25% to NexTech GP Promote Company as a promote and the balance to the JV Partner and NexTech Investment Company in accordance with Percentage Interests until each has achieved from the distributions under the First Level above and this Second Level a 18% IRR; then |
|  | Fourth, 35% to NexTech GP Promote Company as a promote and the balance to the JV Partner and NexTech Investment Company in accordance with their Percentage Interests. |
|  | Cross-Promote: All investments (i.e., all Target Investments) undertaken by the Venture within each investment tranche willbe included in such calculation (i.e. a crossed promote). Promotes will be crossed within each tranche, but not across separate investment tranches. |
| **Core Vehicle**: | JV Partner shall assist in raising a core vehicle with NexTech Operating Platform and will seed the vehicle with up to $100M of equity on terms be discussed. |
| **Operating Platform:** | NexTech Operating Platform shall manage the investments of the Venture and serve as the Investment Manager for future strategies. |
|  | Equity Grants: MSD shall be granted a 15% equity interest in NexTech Operating Platform and NexTech Promote Company when the first installment of the working capital loan is funded. For every $150 million of equity invested by the JV Partner, JV Partner shall be granted an additional 7.5% equity interest in NexTech Operating Platform and NexTech GP Promote Company, subject to a 30% cap. Equity ownership shall entitle JV Partner to its pro rata share of residual value, promote, |

> **Commented [RK4]:** Nick Let's please discuss vision / plan for this in further detail.

|  | |
|---|---|
| | and 25% of its pro rata share of fees. |
| | JV Partner Liquidity Rights: To be discussed. The JV Partner will agree to drag along provisions in the event of an operating platform liquidity event (subject to a ROFO and other terms as outlined elsewhere). |
| | JV Partner Governance: To be discussed. Management controls day-to-day. JV Partner to receive board seats in conjunction with equity earned. |
| **Permitted Transfers/ Control Requirement:** | Transfers of partial interests in the Venture are prohibited, except for certain affiliate transfers. The NexTech Partners will be subject to certain ownership/control requirements. In addition, [each partner has the right to pledge its interest to a lender or creditor in the ordinary course of its operations]. |
| **ERISA/UBTI:** | The Venture will be structured, documented and operated to meet ERISA and UBTI requirements. |
| **Acquisition:** | The first contributions are to be made upon closing of the acquisition of the first Target Investment by the Venture, subject to customary closing conditions, including acceptable title. |
| **Leverage:** | Leverage for the Partnership will be limited to 70% LTV across the portfolio, and leverage will not exceed 75% LTV on any individual sale leaseback investments and 70% LTV on any individual value-add investment. Leverage will be incurred on a non-recourse basis. |
| **Other Terms:** | In accordance with customary JV agreements and otherwise satisfactory to all Partners. |

> **Commented [RK5]:** Does this affect platform liquidity?
>
> **Commented [N6]:** Discuss intent