IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| RYAN KOMPPA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:25-cv-02009-MSN-WBP |
| | : | |
| NEXTECH INFRASTRUCTURE PARTNERS LLC, et. al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The Clerk of Court is respectfully requested to please note the appearance of Stephen D. Charnoff, Esq., of the law firm of Rees Broome, PC, as counsel to Defendants NexTech Infrastructure Partners LLC, Howard Horowitz, and Chris Flynn.

NEXTECH INFRASTRUCTURE
PARTNERS LLC
HOWARD HOROWITZ
CHRIS FLYNN
by Counsel

_/s/ Stephen D. Charnoff_

Stephen D. Charnoff (VSB No. 65329)
Rees Broome, PC
1900 Gallows Rd.
Suite 700
Tysons Corner, VA 22182
scharnoff@reesbroome.com
(703) 790-6233 (telephone)
(703) 852-1075 (facsimile)
*Counsel for Defendants NexTech*
*Infrastructure Partners LLC,*
*Howard Horowitz, and Chris Flynn*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of December, 2025, I will electronically file this notice with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

    Richard M. Volin (VSB No. 87198)
    313 Park Avenue, Suite 200A
    Falls Church, VA 22046
    (703) 988-1460 (telephone)
    (703) 988-3484 (facsimile)
    rich@volinemploymentlaw.com

    Stephen L. Brodsky
    1350 Avenue of the Americas, 2nd Floor
    New York, New York 10019
    (646) 216-8300
    stephen@mazzolalindstrom.com

    _/s/_
    Stephen D. Charnoff (VSB No. 65329)
    REES BROOME, PC
    1900 Gallows Rd., Suite 700
    Tysons Corner, VA 22182
    scharnoff@reesbroome.com
    (703) 790-6233 (telephone)
    (703) 852-1075 (facsimile)
    *Counsel for Defendants NexTech*
    *Infrastructure Partners LLC,*
    *Howard Horowitz, and Chris Flynn*