UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

RYAN KOMPPA

vs.

NEXTECH INFRASTRUCTURE PARTNERS LLC, et al.

Civil/Criminal Action No. 1:25-cv-02009

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants NexTech Infrastructure Partners LLC, Howard Horowitz, and Chris Flynn in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

n/a

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Howard Horowitz and Chris Flynn are members of NexTech Infrastructure Partners LLC

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Defendants NexTech Infrastructure Partners LLC in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

12/4/2025
Date

Signature of Attorney or Litigant Stephen Charnoff
Counsel for Defendants NexTech Infrastructure Partners LLC, Howard Horowitz, and Chris Flynn

Rev. 03/12/19