IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RYAN KOMPPA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Case No. 1:25-cv-02009-MSN-WBP |
| | : |
| NEXTECH INFRASTRUCTURE PARTNERS LLC, et. al., | : |
| | : |
| Defendants. | : |

### NOTICE OF HEARING ON DEFENDANTS' MOTION TO DISMISS

Defendants NexTech Infrastructure Partners LLC, Howard Horowitz, and Chris Flynn ("Defendants"), by counsel, respectfully request that the Clerk place Defendants' Motion to Dismiss (Dkt. 8) on the docket to be heard by the Hon. Michael S. Nachmanoff on **Friday, January 16, 2026 at 10:00 a.m.** or as soon thereafter as the Court can hear said motion.

NEXTECH INFRASTRUCTURE
PARTNERS LLC
HOWARD HOROWITZ
CHRIS FLYNN
by Counsel

_/s/ signature_

Stephen D. Charnoff (VSB No. 65329)
Rees Broome, PC
1900 Gallows Rd.
Suite 700
Tysons Corner, VA 22182
scharnoff@reesbroome.com
(703) 790-6233 (telephone)
(703) 852-1075 (facsimile)
*Counsel for Defendants NexTech Infrastructure Partners LLC, Howard Horowitz, and Chris Flynn*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 5th day of December, 2025, I will electronically file this notice with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to the following:

>Richard M. Volin (VSB No. 87198)
>313 Park Avenue
>Suite 200A
>Falls Church, VA 22046
>(703) 988-1460 (telephone)
>(703) 988-3484 (facsimile)
>rich@volinemploymentlaw.com
>
>Stephen L. Brodsky
>1350 Avenue of the Americas
>2nd Floor
>New York, New York 10019
>(646) 216-8300
>stephen@mazzolalindstrom.com

> 
>_____
>Stephen D. Charnoff (VSB No. 65329)
>REES BROOME, PC
>1900 Gallows Rd., Suite 700
>Tysons Corner, VA 22182
>scharnoff@reesbroome.com
>(703) 790-6233 (telephone)
>(703) 852-1075 (facsimile)
>*Counsel for Defendants NexTech*
>*Infrastructure Partners LLC,*
>*Howard Horowitz, and Chris Flynn*