**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **RYAN KOMPPA,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:25-cv-02009-MSN-WBP |
| | : | |
| **NEXTECH INFRASTRUCTURE PARTNERS LLC, et. al.,** | : | |
| | : | |
| Defendants. | : | |

## ORDER

THIS MATTER having come before the Court upon the Motion to Dismiss (the "Motion") of Defendants NexTech Infrastructure Partners LLC, Howard Horowitz, and Chris Flynn ("Defendants") pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure; and

THE COURT having analyzed all Motion-related briefs and heard oral argument, and

IT APPEARING to the Court that the Motion should be granted for the reasons Defendants stated in briefs and at oral argument, as well as the Court's reasons stated in open court, it is hereby

ORDERED that the Defendants' Motion to Dismiss is GRANTED, and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE.

ENTERED this _____ day of _____, 2026.

_____
The Hon. Michael S. Nachmanoff
District Court Judge for the United States District
Court for the Eastern District of Virginia