# EXHIBIT A

Angelo Gordon Term Sheet

# Stephen D. Charnoff

**From:** Howard Horowitz <hhwitz1@gmail.com>
**Sent:** Tuesday, November 25, 2025 6:26 PM
**To:** Stephen D. Charnoff
**Subject:** Fwd: Term Sheet
**Attachments:** Data Center JV Term Sheet - AG 6-7-2021_VF AG Comments.docx

Begin forwarded message:

**From:** Ryan Komppa <ryan@apexglobalcap.com>
**Subject: Fwd: Term Sheet**
**Date:** June 7, 2021 at 7:50:48 PM EDT
**To:** Chris Flynn <flynn623@gmail.com>, Kestrel Advisors <howard@kestreladvisors.com>, Ryan Sullivan <ryan@tenantreadvisors.com>

---------- Forwarded message ---------
From: **Scott Glassberg** <SGlassberg@angelogordon.com>
Date: Mon, Jun 7, 2021 at 4:31 PM
Subject: RE: Term Sheet
To: Ryan Komppa <ryan@apexglobalcap.com>

Ryan,

Attached please find our mark up to the term sheet. Please let me know if you'd like to hop on the phone to walk through anything.

Best,

Scott

Scott Glassberg

Angelo Gordon

m: 516.456.3228

e: [SGlassberg@angelogordon.com](mailto:SGlassberg@angelogordon.com)

---

**From:** Ryan Komppa <[ryan@apexglobalcap.com](mailto:ryan@apexglobalcap.com)>
**Sent:** Tuesday, May 25, 2021 3:06 AM
**To:** Scott Glassberg <[SGlassberg@angelogordon.com](mailto:SGlassberg@angelogordon.com)>
**Subject:** Term Sheet

> CAUTION: This email originated from outside of Angelo Gordon. Do not click links or open attachments unless you recognize the sender and verify the content is safe.

Scott,

As promised, please see the attached term sheet in Word and PDF format. We look forward to your feedback.

Thanks,

Ryan

**The content of this e-mail (including any attachments) is strictly confidential and may be commercially sensitive. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.**

**The content of this e-mail (including any attachments) is strictly confidential and may be commercially sensitive. If you are not, or believe you may not be, the intended recipient, please advise the sender immediately by return e-mail, delete this e-mail and destroy any copies.**

--



M. Ryan Komppa

Apex Global Capital

ryan@apexglobalcap.com
415-813-8294

# NexTech Infrastructure Partners
## Venture Term Sheet

| | |
|---|---|
| **Equity Commitment:** | Up to $600,000,000 of equity to be contributed by an affiliate of Angelo Gordon Real Estate Inc. (the "JV Partner" or "JV Investor") and NexTech Investment Company on a pro-rata basis, divided into three, $200,000,000 tranches, for the purposes of calculating co-investment participation as well as the payment of fees and promotes. |
| **Target Investment:** | A Target Investment shall mean data center properties within North America, focused on value-add and opportunistic investment opportunities with a 13% underwritten IRR. |
| **Co-Investment:** | NexTech, through its wholly-owned co-invest vehicle, NexTech Investment Company, will co-invest along with JV Partner up to a total cap of $10,000,000 (the "Co-Invest"). The capital provided by NexTech Investment Company will come 100% from the operating Principals of NexTech.<br><br>The Co-Invest shall be further limited to the following amounts and caps:<br>**Tranche 1**: $3,000,000 (1.5% of first tranche, invested pro-rata)<br>**Tranche 2**: $3,500,000 (1.75% of second tranche, invested pro-rata)<br>**Tranche 3**: $3,500,000 (1.75% of third tranche, invested pro-rata) |
| **Asset Management Fee:** | NexTech GP will be entitled to an asset management fee of 0.75% of net equity outstanding which has been invested on behalf of the Partnership. |
| **Acquisition Fee:** | NexTech will be entitled to an acquisition fee of 1.0% of the purchase price of each investment made by the partnership, not to exceed $500,000 per investment. |
| **Developer Fee:** | NexTech GP will be entitled to a development fee equal to 4% of all development hard costs (excluding land and all costs incurred in connection with the acquisition of the Target Investment) in the approved final budget for a Target Investment (the "Development Fee"), to be paid ratably over the course of construction. To the extent the venture engages a third party for development management services, it shall be netted out of the 4% due to NexTech GP. |
| **Leasing Fee:** | ~~NexTech GP will be entitled to a leasing fee of 6% and 4% of rental revenues for leases signed with third party borkers and leases sourced internally, respectively.~~ The Venture shall engage third party leasing brokers at market terms. NexTech will be paid a leasing override of 1.0% of net rental revenues. |
| **Partners** | NexTech GP (as the promote entity) and NexTech Investment Company |

(as the investment entity) and the JV Partner.

**Property Mgmt. Fee:** NexTech GP will be entitled to a property management fee of 3% of EGI (inclusive of and not in addition to third-party property management expenses) pursuant to a separate property management agreement for each individual property or portfolio. NexTech shall engage a third-party manager for all acquisitions. To the extent the venture engages a third party for a property, it shall be netted out of the 3% due to NexTech GP.

**Pursuit Costs:** Pursuit and dead deal costs will be borne pro-rata by the JV Partner and NexTech Investment Company, which will count toward the overall investment within each relevant tranche of the Partnership. Prior to the expenditure of Pusuit Costs, the Venture shall seek approval from the JV Investor.

**Control:** The JV Investor will retain the right to make all major investment level decisions ("**Major Decisions**"), including, without limitation, capital events (including whether to proceed with the acquisition, sale, or financing), annual budgets, business plans, capital calls, distributions, material agreements and engagements, and insurance. NexTech will manage and operate the Target Investments, and the Partners shall agree on the specific definition of Major Decisions with respect to the operations of the data centers. Approvals of Major Decisions shall be granted within 10 business days, but shall not be considered a deemed approval if not answered within that time period.

NexTech will be subject to customary removal provisions (e.g., removal with and without cause, by reason of acts or omissions of NexTech or its affiliates constituting willful or wanton misconduct, fraud, intentional misrepresentation, criminal conduct, gross negligence, bad faith, a knowing violation of law, or an uncured material breach. The removal of NexTech as operating partner without cause shall have no impact on Distributions on existing deals which shall be paid to NexTech in the normal course as defined herein. To the extent NexTech is removed for cause, all Payments due to NexTech GP Promote Company under Distributions shall be terminated as well.

**Exclusivity, Right of First Refusal:** The JV Investor shall have a right of first refusal ("ROFR Opportunity") for all Target Investments opportunities pursued by NexTech Infrastructure Partners, its principals or control affiliates under the terms laid out by this term sheet. If the JV Investor rejectsa Target Investment opportunity in writing, NexTech may proceed with the acquisition and/or development with respect to such Target Investment without the JV Investor. The ROFR Opportunity will expire four (4) years after the execution of the JV agreement, upon the investment of 80% of the Partnership's committed capital, or if the JV Investor rejects either three (3) consecutive deals or five (5) deals in a 12-month period assuming that the deals are deemed by the Venture to meet the

parameters agreed upon.~~upon the rejection of third target investment during the course of the Partnership.~~ During the first 18 months after the ~~v~~Venture closes, NexTech shall present to the Venture, on an exclusive basis, all investment opportunities that fall within the Venture's mandate. ~~The~~To the extent NexTech breaches this Exclusivity clause, it shall be a Promote forfeiture event.

**Contributions:** The Partners will fund approved capital calls in accordance with their pro-rata interest in each tranche, as outlined in the Co-Investment section above.

NexTech may elect to borrow up to $5,000,000 from the JV Partners at the signature of the Partnership Agreements, to fund approved corporate overhead costs of NexTech operations~~in a non-recourse loan~~ with an interest rate of the greater of 20% or a 3.0x multiple~~the Priority Return~~ to be paid back ahead of any distributions to NexTech. Furthermore, NexTech shall repay the Loan (or any portion therein) upon receipt of, and with, the proceeds of ~~the~~ any promote and any fees~~, if not repaid at an earlier date at no penalty.~~. To the extent that this loan is not paid back within 4 years, Angelo Gordon shall have the right to convert this into equity in both NexTech Investment Company and NexTech GP Promote Company.

**Distributions:** Each distribution shall be made as follows:

First, to the JV Partner and NextTech Investment Company in accordance with Percentage Interests until ~~each~~the JV Partner has achieved from the distributions under this First Level an ~~8~~9% IRR; then

Second, 15% to NexTech GP Promote Company as a P~~p~~romote and the balance to the JV Partner and NexTech Investment Company in accordance with Percentage Interests until ~~each~~ the JV Partner has achieved from the distributions under the First Level above and this Second Level a ~~13~~14% IRR; then

Third, 25% to NexTech GP Promote Company as a ~~p~~Promote and the balance to the JV Partner and NexTech Investment Company in accordance with Percentage Interests until ~~each~~ the JV Partner has achieved from the distributions under the First Level above, Second Level above and this ~~Second~~ Third Level a 18% IRR and a 1.6x Equity Multiple; then

Fourth, 35% to NexTech GP Promote Company as a ~~promote~~ Promote and the balance to the JV Partner and NexTech Investment Company in accordance with their Percentage Interests.

Cross-Promote: All investments (i.e., all Target Investments) undertaken

| | |
|---|---|
| | by the Venture within each investment tranche will be included in such calculation (i.e. a crossed promote). Promotes will be crossed within each tranche, but not across separate investment tranches. All IRR shall be calculated utilizing monthly compounding. |
| **Permitted Transfers/ Control Requirement:** | Transfers of interests in the Venture are prohibited, except for certain affiliate transfers. The NexTech Partners will be subject to certain ownership/control requirements. In addition, each partner has the right to pledge its interest to a lender or creditor in the ordinary course of its operations subject to sole discretion approval of the JV Partner. |
| **ERISA/UBTI:** | The Venture will be structured, documented, and operated to meet ERISA and UBTI requirements. |
| **Acquisition:** | The first contributions are to be made upon closing of the acquisition of the first Target Investment by the Venture, subject to customary closing conditions, including acceptable title. No fees to NexTech shall be payable or accrued in advance of the initial property acquisition. |
| **Leverage:** | Leverage for the Partnership will be limited to 70% LTV across the portfolio, and leverage will not exceed 75% LTV on any individual sale-leaseback investments and 70% LTV on any individual value-add investment. However, the targeted Leverage of the overall partnership shall be 65% Leverage will be incurred on a non-recourse basis. Any permanent debt facility and associated carve out guarantees will be backed by JV Partner (if required by lender), with appropriate indemnity language with NexTech for its pro-rata share. The JV Partner and NexTech will enter into a contribution agreement in which each party will indemnify the other for losses under third party loan guaranties caused by that party. |
| **Other Terms:** | In accordance with customary JV agreements and otherwise satisfactory to all Partners. |

The terms of this Proposed Term Sheet shall be non-binding and *NexTech nor Angelo Gordon Real Estate Inc.,* shall be bound to the other unless and until an agreement containing these and all other relevant terms has been fully negotiated and executed by the parties.

*Signature Page to Proposed Term Sheet by and between NexTech and Angelo Gordon Real Estate Inc., dated June ___, 2021*

ACKNOWLEDGED AND ACCEPTED:

NexTech

By: _____

Name: _____

Title: _____

Angelo Gordon Real Estate, Inc.

By: _____

Name: ___Scott Glassberg_____

Title: _____Vice President_____