# EXHIBIT C
# Invoice

# APEX GLOBAL CAPITAL
March 21, 2022

Dear Mr. Horowitz,

Per the agreement between myself and NexTech Infrastructure Partners, LLC dated November 12, 2020, please see the enclosed invoice for the $600 million in capital commitments towards NexTech as well as the $150 million add-on commitment from The Townsend Group secured in 2021.

Thank you for your business, I wish you the best of luck in your future ventures.

Best,

M. Ryan Komppa

**Apex Global Capital**
16 Alcott Street, Ladera Ranch, CA 92694 |
p. 415.813.8294 | ryan@apexglobalcap.com

# APEX GLOBAL CAPITAL
March 21, 2022

## PAYABLE WITHIN 30 DAYS OF RECEIPT

| Bill To | | Wire or Send Payment To | |
|---|---|---|---|
| **Customer** | Howard Horowitz<br>NexTech Infrastructure Partners, LLC | **Recipient** | M. Ryan Komppa |
| | | **Address** | 16 Alcott Street<br>Ladera Ranch, CA 92694 |
| **Address** | 2781 Marshall Lake Drive<br>Oakton, VA 22124 | **Phone** | ▮▮▮▮▮ |
| | | **First Republic Bank** | |
| **Phone** | ▮▮▮▮▮ | Routing Number: | ▮▮▮▮▮ |
| | | Account Number: | ▮▮▮▮▮ |

| Tier | Description | Dollars Committed | Fee Multiple | Total Fee Due |
|---|---|---|---|---|
| 1 | Commitments up to $200 million | $200,000,000 | 2.00% | $4,000,000 |
| 2 | Commitments beyond $200 million, up to $500 million | $300,000,000 | 1.75% | $5,250,000 |
| 3 | Commitments beyond $500 million | $100,000,000 | 1.50% | $1,500,000 |
| 3 | $150 million Add-On Commitment Townsend Group | $150,000,000 | 1.50% | $2,250,000 |
| | | | Fee Subtotal | $13,000,000 |
| | | Due Diligence Fees Payable to RCX Capital Group | | ($100,000) |
| | | | **Net Fees Due** | **$12,900,000** |

**Apex Global Capital**
16 Alcott Street, Ladera Ranch, CA 92694 |
p. 415.813.8294 | ryan@apexglobalcap.com