# EXHIBIT D

**Delaware data re: NexTech**

# State Of Delaware

**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS**

Date Retrieved: 12/28/2025 10:52:52PM

| | | | |
|---|---|---|---|
| File Number: | 6721237 | Incorporation Date / Formation Date: | 1/22/2018 |
| Entity Name: | NEXTECH INFRASTRUCTURE PARTNERS LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |
| Status: | Good Standing | Status as of: | 1/22/2018 |

## Registered Agent Information

| | |
|---|---|
| Name: | HARVARD BUSINESS SERVICES, INC. |
| Address: | 16192 COASTAL HWY |
| City: | LEWES |
| Country: | |
| State: | DE |
| Postal Code: | 19958 |
| Phone: | 302-645-7400 |

## Tax Information

| | | | |
|---|---|---|---|
| Last AnnualReport Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $300 | Total Authorized Shares: | |

## Filing History (Last 5 Filings)

| Seq | Description | No of Pages | Filing Date mm/dd/yyyy | Filing Time | Effective Date mm/dd/yyyy |
|---|---|---|---|---|---|
| 1 | LLC | 1 | 20180122 | 110600 | 20180122 |

**THIS IS NOT AN OFFICIAL CERTIFICATE OF STATUS**