# EXHIBIT E

**Virginia data re: Kestrel**

# Filing History

## Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Kestrel Venture Partners, LLC | Entity ID: | S6151155 |
| Entity Type: | Limited Liability Company | Entity Status: | **Active** |
| Series LLC: | No | Reason for Status: | Active |
| Formation Date: | 04/25/2016 | Status Date: | 05/16/2022 |
| VA Qualification Date: | 04/25/2016 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | N/A |
| Jurisdiction: | VA | Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required | | |

## Filing History Details

| Received Date | Effective Date | Filing Number | Microfilm Number | Document Type | Status | Am Typ |
|---|---|---|---|---|---|---|
| 08/23/2022 | 08/23/2022 | 2208234875712 | 2208234875712 | Statement of Change of Registered Office and/or Registered Agent | Approved | N/A |
| 08/23/2022 | 08/23/2022 | 2208234875542 | 2208234875542 | Statement of Principal Office Change | Approved | N/A |
| 04/25/2016 | 04/25/2016 | 1604256483 | 1604551044 | Articles of Organization | Approved | N/A |

Page 1 of 1, records 1 to 3 of 3