# Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

| | |
|---|---|
| Authorized Person(s): | Richard Volin, Esq. |
| | Laura Castner, Esq. |
| | Adam Wiener, Esq. |
| Electronic Device(s): | Laptop computers, mobile telephones, USB and portable drives |
| Purpose and Location Of Use: | Access to case information, briefing, and materials for hearing in Courtroom 600 |
| Case No.: | 1:25-cv-02009-MSN-WBP |
| Date(s) Authorized: | February 6, 2026 |
| IT Clearance Waived: | _____(Yes)      _____(No) |
| | APPROVED BY: |

Date:_____     _____
                                                                United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:        _____     _____
                                     IT Staff Member                                    Date(s)

**IT clearance must be completed, unless waived, before court appearance.**