# MOTION HEARING

| | |
|---|---|
| Date: 2/6/2026 | Judge: Michael S. Nachmanoff |
| | Reporter: Diane Salters |
| Start: 10:47 A.M. | Deputy Clerk: Lynnelle Creek |
| Finish: 11:23 A.M. | |

**CIVIL ACTION NUMBER: 1:25-cv-2009**

**Komppa v. NexTech Infrastructure Partners LLC, et al.**

_____

### APPEARANCE OF COUNSEL

**PLAINTIFF**
Laura Castner
Richard Volin
Adam Wiener

**DEFENDANT**
Stephen Charnoff
Hannah Mahn

_____

### PROCEEDING

1. Motion to Dismiss by Defendants (Dkt. 16)- Granted
   - Case dismissed with prejudice.

_____

(   ) Report and Recommendation to Follow
( ✓ ) Order to Follow