IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RYAN KOMPPA, <br>                 *Plaintiff,* <br> v. <br> NEXTECH INFRASTRUCTURE PARTNERS, LLC, ET AL <br>                 *Defendants.* | 1:25-cv-2009-MSN-WBP |

ORDER

This matter comes before the Court on Defendants' Motion to Dismiss the Amended Complaint (ECF 16). Upon consideration of the Motion and for the reasons stated in open court, it is hereby

ORDERED that the Motion (ECF 16) is GRANTED; and it is further

ORDERED that this matter is DISMISSED with prejudice.

**IT IS SO ORDERED.**

The Clerk is directed to forward a copy of this Order to counsel of record and to close this civil action.

/s/
Michael S. Nachmanoff
United States District Judge

Michael S. Nachmanoff
United States District Judge

February 6, 2026
Alexandria, Virginia