IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| RYAN KOMPPA,<br><br>                           Plaintiff,<br><br>v.<br><br>NEXTECH INFRASTRUCTURE PARTNERS LLC, *et al.*,<br>                           Defendants. | Case No.: 1:25-cv-02009-MSN-WBP |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiff Ryan Komppa, by and through counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the minute entry entered on February 6, 2026 (DE 29) and the Order executed on February 6, 2026, and docketed on February 9, 2026 (DE 30), dismissing this action.

Dated:  March 9, 2026

**VOLIN EMPLOYMENT LAW, PLLC**

By:  /s/ Richard M. Volin
Richard M. Volin (Virginia Bar No. 87198)
313 Park Avenue, Suite 200A
Falls Church, VA 22046
703.988.1460 (Phone)
703.988.3484 (Fax)
rich@volinemploymentlaw.com

**MAZZOLA LINDSTROM LLP**
Adam David Weiner (admitted pro hac vice)
1350 Avenue of the Americas, 2nd Floor
New York, New York 10019
732.947.9111
adam@mazzolalindstrom.com

*Attorneys for Plaintiff Ryan Komppa*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 9th day of March 2026, I caused a copy of the foregoing to be electronically filed and served through the Court's CM/ECF system on all parties of record.

/s/ Richard M. Volin
Richard M. Volin (Virginia Bar ID: 87198)