FILED: March 12, 2026

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 26-1281
(1:25-cv-02009-MSN-WBP)

_____

RYAN KOMPPA

      Plaintiff - Appellant

v.

NEXTECH INFRASTRUCTURE PARTNERS LLC; HOWARD HOROWITZ, NexTech member, general partner of Kestrel LP, managing member of Kestrel LLC; CHRIS FLYNN, NexTech member; KESTREL VENTURE PARTNERS, LLC

      Defendants - Appellees

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
|---|---|
| Originating Case Number | 1:25-cv-02009-MSN-WBP |
| Date notice of appeal filed in originating court: | 03/09/2026 |
| Appellant | Ryan Komppa |
| Appellate Case Number | 26-1281 |
| Case Manager | T. Barton<br>804-916-2702 |